**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 09-cv-02482-PAB-KLM

ALLISON RUPPEL,

    Plaintiff,

v.

LABORATORY CORPORATION OF AMERICA, d/b/a LAB CORP.,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal With Prejudice [Docket No. 12]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion for Dismissal With Prejudice [Docket No. 12] is GRANTED. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED February 26, 2010.

                                                   BY THE COURT:

                                                   s/ Philip A. Brimmer
                                                   PHILIP A. BRIMMER
                                                   United States District Judge